

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ST. PAUL MERCURY INSURANCE COMPANY,   ECF CASE
                                      Case No.
        Plaintiff,

   -against-                          RULE 7.1 DISCLOSURE
                                      STATEMENT
UNITED STATES OF AMERICA,

        Defendant.
-----------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, St. Paul Mercury Insurance Company, by counsel, submits this Rule 7.1 Disclosure Statement to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifying that it is 100% owned by St. Paul Fire and Marine Insurance Company, which is 100% owned by The St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated:  Garden City, New York
         August 21, 2007

                        ST. PAUL MERCURY INSURANCE
                        COMPANY

                        By:_____
                            John F. Hamilton (JH-9365)

John F. Hamilton, Esq. (JH-9365)
James M. Boyce, Esq. (JB-7338)

WESTERMANN HAMILTON SHEEHY
AYDELOTT & KEENAN, LLP
Garden City Center, Suite 502

100 Quentin Roosevelt Blvd.
Garden City, New York 11530
(516) 794-7500

Counsel for plaintiff,
St. Paul Mercury Insurance Company

RULE 7.1 DISCLOSURE STATEMENT – PAGE 2