CERTIFICATE OF SERVICE

I, Emily E. Daughtry, a Special Assistant United States Attorney for the Southern District of New York, hereby certify that on October 26, 2007, I caused a copy of the foregoing Answer to be served by First Class mail upon the following:

>John F. Hamilton, Esq.
>James M. Boyce, Esq.
>Westermann Hamilton Sheehy Aydelott & Keenan, LLP
>Garden City Center, Suite 502
>100 Quentin Roosevelt Blvd.
>Garden City, New York 11530

Dated:   New York, New York
         October 26, 2007

　　　　　　　　　　　　　　　　　  /s/  Emily E. Daughtry
　　　　　　　　　　　　　　　　　EMILY E. DAUGHTRY
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　Telephone: (212) 637-1579
　　　　　　　　　　　　　　　　　Facsimile: (212) 637-2717