UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/08

| | |
|---|---|
| GREENWICH INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     -v-<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | No. 07 Civ. 7321 (RJS)<br>ORDER |
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     -v-<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | No. 07 Civ. 7435 (RJS) |
| CENTENNIAL INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     -v-<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | No. 08 Civ. 0050 (RJS) |

RICHARD J. SULLIVAN, District Judge:

By letter dated June 26, 2008, plaintiff Greenwich Insurance Company, writing on behalf of all parties in the above-entitled consolidated actions, requests a further stay of discovery as the parties continue settlement negotiations.

IT IS HEREBY ORDERED that the discovery deadlines set forth in the Joint Case Management Plan and Scheduling Order dated March 27, 2008 are hereby STAYED until July 31, 2008.

IT IS FURTHER ORDERED that the parties shall submit a joint letter by July 31, 2008 regarding the status of settlement negotiations and, if a settlement has not been reached, proposing a revised discovery schedule.

SO ORDERED.

Dated:   New York, New York
         July 2, 2008

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE